

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00068-CR

## EX PARTE HEATHER MARIE RYAN

**From the 443rd District Court**
**Ellis County, Texas**
**Trial Court No. 21-015**

## ABATEMENT ORDER

Appellant Heather Marie Ryan appeals the trial court's order denying her request for a reduction in bail. By letter dated August 2, 2021, the Court directed Appellant to file a brief within ten (10) days. Appellant was admonished that a failure to timely comply would result in the case being abated to the trial court to conduct a hearing to determine why no brief has been filed and whether she still desired to prosecute this appeal. *See* TEX. R. APP. P. 38.8(b)(2). More than ten (10) days have passed, and Appellant has not filed a brief or otherwise responded.

It is therefore ordered that this appeal is abated to the 443rd Judicial District Court in Ellis County, Texas for the trial court to hold a hearing pursuant to Rule 38.8(b)(2). The trial court shall hold the hearing within twenty (20) days. The court reporter shall

complete and file a record with this Court within ten (10) days after the hearing concludes.

PER CURIAM

Before Chief Justice Gray and
      Justice Johnson
Appeal abated
Order delivered and filed August 18, 2021

